**Bertha Dickman, defendant in error, v. John Barton Payne, agent, operating Toledo, St. Louis & Western Railroad, plaintiff in error.**
Action for damages for burns received by plaintiff while attempting to put out a fire originating on defendant's right of way. Judgment for plaintiff. Error to the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this

court at the March term, 1921.	Affirmed.	Opinion filed November 10, 1921.

C. E. Pope, for plaintiff in error; Walter A. Eversman, of counsel.
D. H. Mudge, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.